UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEXA MORTGAGE, LLC et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 24-cv-00873-JES-DDL<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME** |

Pending before the Court is Plaintiff's *ex parte* motion for an extension of time to file an opposition to Defendant's motion to stay. ECF No. 6. In the motion, Plaintiff raises issues related to this Court's federal subject matter jurisdiction over the case. *Id.* The Court **ORDERS** Defendant to respond to this *ex parte* motion by **August 7, 2024**.

　　**IT IS SO ORDERED.**

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable James E. Simmons Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge