MITCHELL SANDLER LLC
Arielle Stephenson (SBN 336434)
1120 20th Street NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5267
astephenson@mitchellsandler.com

David M. Greeley, Esq. (SBN 198520)
GREELEY LAW, APC
1350 Columbia Street, Suite 403
San Diego, California 92101
Telephone: (619) 658-0462
dave@greeley.law

*Attorneys for Defendant NEXA Mortgage LLC*

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN DIAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXA MORTGAGE, LLC, et al.<br><br>Defendants. | Civil Action No. 24-cv-0873-JES-DDL<br><br>**DEFENDANT NEXA MORTGAGE LLC'S NOTICE OF PETITION FOR LEAVE TO APPEAL REMAND ORDER PURSUANT TO 28 U.S.C. § 1453(c)(1) AND FEDERAL RULE OF APPELLATE PROCEDURE 5**<br><br>Hon. James E. Simmons, Jr.<br>Magistrate Judge David D. Leshner<br><br>Hearing Date: N/A<br>Courtroom 4(B)<br>Trial Date: None Set |

**PLEASE TAKE NOTICE** that on October 18, 2024, Defendant NEXA Mortgage, LLC ("NEXA") filed a Petition for Leave to Appeal Pursuant to 28 U.S.C. § 1453(c)(1) and Federal Rule of Appellate Procedure 5, the order remanding this case to state court, entered October 8, 2024. ECF No. 15. Under 28 U.S.C. § 1453(c)(1), "a court of appeals may accept an appeal from an order of a district court granting or denying a motion to remand a class action to the State court from which it was removed if application is made to the court of appeals not more than 10 days after entry of the order."

On October 8, 2024, the District Court entered the Remand Order and NEXA's petition is timely filed on October 18, 2024, which is within the ten-day jurisdiction limit. Fed. R. App. Proc. 26(a)(1)(C); ECF No. 15 at docket entry of the Remand Order (reflecting order was "Entered: 10/08/2024").[1]

Dated: October 18, 2024

Respectfully submitted,

MITCHELL SANDLER LLC
*/s/ Arielle Stephenson*
Arielle Stephenson (SBN 336434)
1120 20th Street NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5267
astephenson@mitchellsandler.com

Counsel for Defendant, *NEXA Mortgage, LLC*

---

[1] *See also Kingsbury v. United States*, 900 F.3d 1147, 1151 (9th Cir. 2018) (citing to *United States v. Fiorelli*, 337 F.3d 282, 287 (3d Cir. 2003) and holding "although an order may be signed by the district court, received by the clerk, and entered in the docket on different days, the entry date controls" when calculating deadlines pursuant to rule measuring timeliness from date of entry); *SEC v. Van Waeyenberghe*, 284 F.3d 812, 815 (7th Cir. 2002) (where date of filing and entry of order differ, date of entry determines deadlines); *United States v. Doyle*, 854 F.2d 771, 772 (5th Cir. 1988) ("timeliness is measured from the date of entry of the judgment on the docket sheet").

| | |
|---|---|
| Dated: October 18, 2024 | GREELEY LAW, APC |
| | By: *[signature]* |
| | David M. Greeley (SBN 198520)<br>1350 Columbia Street, Suite 403<br>San Diego, CA 92101<br>Telephone: (619) 658-0462<br>david@greeley.law |
| | Counsel for Defendant, *NEXA Mortgage, LLC* |

3

DEFENDANT NEXA MORTGAGE LLC'S NOTICE OF PETITION FOR LEAVE TO APPEAL REMAND ORDER PURSUANT TO 28 U.S.C. § 1453(c)(1) AND FEDERAL RULE OF APPELLATE PROCEDURE 5

Case No. 24-cv-00873-MMA-SBC

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, a copy of the foregoing **DEFENDANT NEXA MORTGAGE LLC'S NOTICE OF PETITION FOR LEAVE TO APPEAL REMAND ORDER PURSUANT TO 28 U.S.C. § 1453(c)(1) AND FEDERAL RULE OF APPELLATE PROCEDURE 5** were filed electronically with the United States District Court Southern District of California, by using the Court's CM/ECF system.

I further certify that all interested parties represented by their counsel of record were electronically served on this date via direct email.

Dated: October 18, 2024

Respectfully submitted,

MITCHELL SANDLER LLC
*/s/ Arielle Stephenson*
Arielle Stephenson (SBN 336434)
1120 20th Street NW, Suite 725
Washington, DC 20036
Telephone: (202) 886-5267
astephenson@mitchellsandler.com

Counsel for Defendant, *NEXA Mortgage, LLC*

Dated:  October 18, 2024

GREELEY LAW, APC

By: _____
David M. Greeley (SBN 198520)
1350 Columbia Street, Suite 403
San Diego, CA 92101
Telephone:  (619) 658-0462
david@greeley.law

Counsel for Defendant, *NEXA Mortgage, LLC*