**FILED**

DEC 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAMIAN DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Respondent.<br><br>v.<br><br>NEXA MORTGAGE, LLC, and DOES 1-100, inclusive<br><br>Defendant - Petitioner. | No. 24-6377<br><br>D.C. No. 3:24-cv-00873-JES-BJC<br>Southern District of California, San Diego<br><br>ORDER |

Before: S.R. THOMAS and TALLMAN, Circuit Judges.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1453(c); *Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (describing factors this court considers in analyzing a CAFA petition).